**No. 38888.**—Protests 371998–G, etc., of Rietmann Pilcer Co. et al. (New York).

Opinion by TILSON, J.  The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38889.**—Protests 851553–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 24, 1938

**No. 38890.**—Protest 873991–G of New York Merchandise Co., Inc. (New York).

Opinion by CLINE, J.  It appeared that the merchandise consists of dolls which were not permanently marked with the name of the country of origin and that the cartons in which the dolls were packed were not marked.  On the record presented the protest was overruled.

**No. 38891.**—Petition 5625–R of New York Merchandise Co., Inc. (New York).

Opinion by CLINE, J.  The petition was dismissed.

**No. 38892.**—Protest 936921–G of Chas. Lachman Co., Inc. (Philadelphia).

Opinion by EVANS, J.  It was stipulated that the merchandise consists of waste the same as that the subject of Abstract 36301.  The claim for free entry as paper stock under paragraph 1750 was therefore sustained.

**No. 38893.**—Protest 923473–G of Ernest E. Marks Co. (New York).

Opinion by EVANS, J.  It was stipulated that the merchandise consists of thyme leaves similar to those the subject of Abstract 36805.  The claim for free entry under paragraph 1669 was therefore sustained.

**No. 38894.**—Protests 883320–G, etc., of C. Pappas Co. et al. (Boston).

Opinion by EVANS, J.  It was stipulated that the merchandise in question is the same as that the subject of *Skourtsis* v. *United States* (T. D. 48218).  The claim at 20 percent under paragraph 744 was therefore sustained.